JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                             **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  __II__            Investigating Agency  __FBI__

City    __Rockland__                    Related Case Information:

County  __Plymouth__                    Superseding Ind./ Inf. _____  Case No. _____
                                        Same Defendant _____  New Defendant _____
                                        Magistrate Judge Case Number
                                        Search Warrant Case Number  __20-mj-1444-DLC__
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Walace Lima__                        Juvenile:    ☐ Yes   ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name       _____

Address          (City & State)  __Rockland, MA__

Birth date (Yr only): __1982__   SSN (last4#): ____   Sex __M__   Race: ____   Nationality: __Dominican__

**Defense Counsel if known:**   _____   Address  _____

**Bar Number**   _____

**U.S. Attorney Information:**

AUSA   __David G. Tobin__                      Bar Number if applicable   __552558__

Interpreter:    ☑ Yes   ☐ No         List language and/or dialect:   __Spanish__

Victims:    ☑ Yes   ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested            ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  07/27/2021          Signature of AUSA:  _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Walace Lima

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 2252A(a)(5)(B) | Possession of Child Pornography | 1 |
| Set 2   18 USC 2252A(a)(2)(A) | Distribution of Child Pornograhy | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____